UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| HOST TERMINALS, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON SUBSCRIBING TO POLICY NUMBER B0507 M18PL00480; ENVIVA PORT OF CHESAPEAKE LLC,<br><br>　　　　Defendants. | Civil No. 2:19cv361 |

## ORDER

Before the Court is a Motion to Remand filed by Plaintiff Host Terminals, LLC. A Notice of Removal was filed in this Court on July 11, 2019. ECF No. 1. Plaintiff's Motion to Remand was filed twenty-one days later on August 1, 2019. ECF No. 8. Pursuant to 28 U.S.C. 1447(c), the Motion is **GRANTED**, and the case is **REMANDED**.[1]

The Clerk shall forward a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　Arenda L. Wright Allen
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Oct 1st, 2019
Norfolk, Virginia

---

[1] *See also Ellenburg v. Spartan Motors Chassis, Inc.*, 519 F.3d 192, 196–97 (4th Cir. 2008).

1